UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JOHNNY WATSON,                                )
                                             )
              Plaintiff,                      )
                                             )
       v.                                     )          **JUDGMENT**
                                             )
MARTIN O'MALLEY,                              )          5:24-CV-160-BO-RJ
Commissioner of Social Security,              )
                                             )
              Defendant.                      )
                                             )

Decision by Court.


**IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby remands this case to
Defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative
proceedings.

**This judgment filed and entered on October 24, 2024, and served on:**
Derrick Kyle Arrowood (via CM/ECF NEF)
Cathleen McNulty (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)
Natasha T. McKay (via CM/ECF NEF)


                                   PETER A. MOORE, JR., CLERK

October 24, 2024

                                    /s/ Lindsay Stouch
                                   By: Deputy Clerk